**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01023-REB-KMT (Consolidated with Civil Action Nos. 15-cv-01024-REB-KMT and 15-cv-01025-REB-KMT)

KW-2, LLC,

    Plaintiff,

v.

ASUS COMPUTER INTERNATIONAL, et al.

    Defendants.

## ORDER GRANTING MOTION TO STAY

**Blackburn, J.**

The matter before me is **Defendants Asus Computer International and AsusTek Computer, Inc.'s Motion To Stay Pending Resolution of Their Rule 12(b)(1) Motion** [#33],[1] filed August 11, 2015. Having the approval of the magistrate judge, I withdraw the prior order of reference of this motion ([#34], filed August 12, 2015), grant the motion, and stay further all discovery in this matter.[2] The stay shall not apply to completion of briefing on **Defendants Asus Computer International and AsusTek Computer, Inc.'s Motion To Dismiss for Lack of Standing** [#32], filed August 11, 2015, or that required by the court's **Order Concerning Appointment of**

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] I thus reject plaintiff's proposal for a modified discovery plan prior to resolution of the motion to dismiss for lack of standing. (*See* **[Proposed] Consolidated Scheduling Order in a Patent Case** at ¶9(e) 19-20 [#44], filed August 17, 2015.)

**Special Master** [#43], filed August 17, 2015.

  **THEREFORE, IT IS ORDERED** as follows:

  1. That the order of reference ([#34], filed August 12, 2015) is withdrawn;

  2. That **Defendants Asus Computer International and AsusTek Computer, Inc.'s Motion To Stay Pending Resolution of Their Rule 12(b)(1) Motion** [#33], filed August 11, 2015, is granted; and

  3. That this action is stayed, except as to the briefing on **Defendants Asus Computer International and AsusTek Computer, Inc.'s Motion To Dismiss for Lack of Standing** [#32], filed August 11, 2015, and the court's **Order Concerning Appointment of Special Master** [#43], filed August 17, 2015.

  Dated August 18, 2015, at Denver, Colorado.

           **BY THE COURT:**

          *Bob Blackburn*
          Robert E. Blackburn
          United States District Judge