IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01023-REB-KMT
(Consolidated with Civil Action Nos. 15-cv-01024-REB-KMT and 15-cv-01025-REB-KMT)

KW-2, LLC,

    Plaintiff,

v.

ASUS COMPUTER INTERNATIONAL,
and ASUSTEK COMPUTER, INC.,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motions to Dismiss for Lack of Standing, filed on March 15, 2016, by the Honorable Robert E. Blackburn, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, ASUS Computer International and ASUSTeK Computer, Inc., and against Plaintiff, KW-2, LLC, on Defendants' Motion to Dismiss for Lack of Standing.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 16th day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk